**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KWAKU AHATSI** ) | |
| ) | |
| Plaintiff, ) | CASE NO. <u>1:08-cv-00071-JDB</u> |
| ) | |
| v. ) | |
| ) | |
| **HARRIS TEETER INCORPORATED** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**<u>NOTICE OF ENTRY OF APPEARANCE</u>**

WOULD THE CLERK OF THE COURT please enter the appearance of Clarence A. Connelly, Jr. on behalf of Plaintiff KWAKU AHATSI in this action.

                                                    Respectfully submitted,
                                                    KWAKU AHATSI

                                                    By: <u>/s/ Clarence A. Connelly, Jr.</u>
                                                         Counsel

Clarence A. Connelly Jr. (Bar No. 457100)
Law Offices of Clarence A. Connelly
1200 G Street, NW, Suite 800
Washington, DC 20005
Tel:  (202) 434-4517
Fax: (202) 434-8707