UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KWAKU AHATSI,<br><br>Plaintiff,<br><br>v.<br><br>HARRIS TEETER, INC.,<br><br>Defendant. | FILED<br>JUL 1 8 2008<br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT<br><br>Civil Action No. 08-0071 (JDB) |

### ORDER

Under Rule 4(m) of the Federal Rules of Civil Procedure, if service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the Court shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time. More than 120 days have passed since the filing of the complaint in this civil action. It does not appear from the record that the complaint has been served on the defendant Harris Teeter, Inc. Accordingly, it is hereby

**ORDERED** that plaintiff shall, by not later than July 31, 2008, either (1) file with the Court proof that defendant has been served with the summons and amended complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. If plaintiff fails to comply with this Order or if the Court determines that plaintiff has not shown good cause for the failure to complete service in compliance with Rule 4(m), this case will be dismissed without prejudice.

**SO ORDERED**.

_____
JOHN D. BATES

United States District Judge

Date: July 17, 2008