UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KWAKU AHATSI,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>HARRIS TEETER, INC.,<br><br>　　　Defendant. | Civil Action No. 08-0071 (JDB) |

**FILED**
AUG 1 3 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>ORDER</u>

　　　Plaintiff has not completed service on defendant of the complaint in this action, which was filed on January 14, 2008. By Order issued on July 17, 2008, pursuant to Fed. R. Civ. P. 4(m), this Court required plaintiff, on or before July 31, 2008, to either (1) file with the Court proof that the defendant named in this case was served with the summons and complaint, or (2) provide the Court with a written explanation as to why service of process has not been completed. Plaintiff has not filed proof that any defendants in this case have been served, nor has plaintiff provided the Court with a written explanation as to why service of process has not been completed. Accordingly, it is hereby **ORDERED** that plaintiff's complaint shall be **DISMISSED** and this case shall be **CLOSED**.

　　　**SO ORDERED**.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ John D. Bates
　　　　　　　　　　　　　　　　　　　　　　　　JOHN D. BATES
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: August 12, 2008